### DOUGAN & SHEFTALL *v.* DUNHAM.

LITTLE, J. 1. The correctness of an account can not be lawfully proved by the testimony of a witness that the same is " a correct copy of the charges made on the books " kept by her, when the witness further testifies that " she knew nothing of her own knowledge " with respect to the account, and " only copied in the book entries given to her by [another] on slips."

2. As the magistrate erred in admitting against the defendants illegal testimony which was necessarily prejudicial to them, the superior court erred in not sustaining their petition for certiorari.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 22, 1902.

Certiorari. Before Judge Seabrook. Chatham superior court. December 17, 1901.

*Gignilliat & Stubbs*, for plaintiffs in error.
*James F. Evans* and *Twiggs & Oliver*, contra.